UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

FRANKLIN ABBOTT                                                    PETITIONER

V.                                          CIVIL ACTION NO. 3:25-CV-918-KHJ-MTP

WARDEN CHILDRESS                                                   RESPONDENT

ORDER

Before the Court is Magistrate Judge Michael T. Parker's [11] Report and Recommendation. R. & R. [11]. The [11] Report recommends dismissing with prejudice pro se Petitioner Franklin Abbott's ("Abbott") [1, 4] Petitions for Writ of Habeas Corpus under 28 U.S.C. § 2241. *Id.* at 1.

Abbott is an inmate at the Federal Correctional Complex in Yazoo City, Mississippi. Am. Pet. [4] at 1. He contends the First Step Act ("FSA") entitles him to time credit which the Bureau of Prisons refuses to apply to his sentence. *Id.* at 2–3. Respondent Warden Childress opposes the relief because Abbott has a final order of removal against him and therefore cannot receive FSA credit. Resp. [9] at 1. Further, Warden Childress says Abbott failed to exhaust his administrative remedies. *Id.*

The [11] Report recommends dismissing the [1, 4] Petitions with prejudice because of the final order of removal. [11] at 4. Alternatively, the [11] Report recommends dismissing the [1, 4] Petitions without prejudice because Abbott failed to exhaust his administrative remedies or identify any extraordinary circumstances warranting waiver of the exhaustion requirement. *Id.* at 7.

Written objections to the [11] Report were due by May 7, 2026. *See id.* The [11] Report notified the parties that failure to file written objections by that date would bar further appeal in accordance with 28 U.S.C. § 636. *Id.* No party objected to the [11] Report, and the time to do so has passed.

The Court must review de novo a magistrate judge's report only when a party objects to the report within 14 days after being served with a copy. 28 U.S.C. § 636(b)(1). When no party timely objects to the report, the Court applies "the 'clearly erroneous, abuse of discretion and contrary to law' standard of review." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam).

Finding the [11] Report neither clearly erroneous, contrary to law, nor an abuse of discretion, the Court ADOPTS the [11] Report and DISMISSES this case with prejudice. In doing so, the Court has considered all arguments raised. Those arguments not addressed would not have altered the Court's decision. The Court will enter a separate final judgment consistent with this Order.

SO ORDERED, this 14th day of May, 2026.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE

2